THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| **Plaintiff,** | \* |
| v. | \* CIVIL ACTION NO.  07-382-CG-C |
| **ONE 2000 LAND ROVER DISCOVERY II,** **4 WD SPORT UTILITY VEHICLE,** **VIN # SALTY1245YA272389** | \* |
| **Defendant.** | \* |

# FINAL JUDGMENT OF FORFEITURE

In accordance with the order entered this date, the defendant, One 2000 Land Rover Discovery II, 4 WD Sport Utility Vehicle, VIN # SALTY1245YA272389, is forfeited to the plaintiff, the United States of America, for disposition according to law.

**DONE** and **ORDERED** this 3rd day of September, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE