IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 07-00382-CG |
| **ONE 2000 LAND ROVER DISCOVERY II, 4 WD SPORT UTILITY VEHICLE VIN #SALTY1245YA272389** | : |
| | : |
| Defendant. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 22, 2008, is **ADOPTED** as the opinion of this Court. The court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that the appeal is not taken in good faith and that the motion to proceed in forma pauperis on appeal is denied.

**DONE and ORDERED** this 24th day of October, 2008.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**